UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT L. MILLER, | : |
| Petitioner | : CIVIL ACTION NO. 3:19-2159 |
| v. | : |
| UNITED STATES OF AMERICA, | : (JUDGE MANNION) |
| Respondent | : |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Saporito, **(Doc. 5)**, is **ADOPTED IN ITS ENTIRETY**;

(2) since the court lacks jurisdiction over petitioner Miller's habeas petition under 28 U.S.C. §2241, **(Doc. 1)**, in the interest of justice, it will **TRANSFER** the petition to the United States District Court for the Southern District of West Virginia to be treated as a motion under 28 U.S.C. §2255.

(3) the Clerk of Court is directed to **TRANSFER THIS CASE** to the United States District Court for the Southern District of West Virginia.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: February 18, 2020

19-2159-01-ORDER.wpd